**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No.: 1:21-cv-23439

(Fla. 11th Judicial Cir. Ct. Case No.: 2021-018524-CA-01)

MARIA DEL PILAR CHAVEZ,

    Plaintiff,

vs.

SKY FLORIDA SERVICES, LLC D/B/A CLEANPRO,

    Defendant.
_____/

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C §§ 1441 and 1446, Defendant Sky Florida Services, LLC d/b/a Cleanpro ("Cleanpro"), files this Notice of Removal and removes this action to the United States District Court for the Southern District of Florida, Miami Division, based on the facts and provisions set forth below:

1.    Plaintiff filed a Complaint against Cleanpro in the Eleventh Judicial Circuit in and for Miami-Dade County on August 3, 2021. Cleanpro was served with a copy of the Complaint on September 2, 2021.

2.    The Complaint asserts federal claims arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5 *et. seq.*, ("Title VII") in Counts I and III.

3.    This Court has original jurisdiction over the federal claims pursuant to 28 U.S.C. § 1331, and the action is therefore removable under 28 U.S.C. § 1441(a).

4.    The Complaint asserts state claims for discrimination and retaliation pursuant to the Florida Civil Rights Act of 1991, Fla. Stat. Chapter 760 *et. seq.*, ("FCRA"), in Counts II and IV

and for retaliatory discharge pursuant to § 440.205 Fla. Stat. in Count V. The state claims are so related to federal claims in the action within the Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. Accordingly, this Court has supplemental jurisdiction over the state claims pursuant to 28 U.S.C. § 1367, and the action is, therefore, removeable under 28 USC § 1441.

5. Alternatively, if this Court deems the federal claims to be separate and independent from the other claims asserted in the Complaint, this action is removable pursuant to 28 U.S.C. § 1441(c).

6. Venue is proper in the Southern District of Florida, Miami Division, because the alleged actions giving rise to this lawsuit occurred within Miami-Dade County, Florida.

7. This Notice is being filed within thirty days after service of the Complaint on Cleanpro. Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint served on Cleanpro, along with the return of service, is attached as <u>Exhibit B</u>. No other pleadings or orders filed in the state court action have been served on Cleanpro. The state court docket sheet is attached as Exhibit C.

8. Written Notice of Cleanpro's removal of this action is being provided to Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the State Court.

**WHEREFORE**, Defendant, SKY SERVICES, LLC D/B/A CLEANPRO, respectfully requests that this Court accept and retain removal jurisdiction over this action.

Dated: September 26, 2021

                                                                               Respectfully submitted,

                                                                               By: */s/Alejandro F. Garcia*
                                                                                     Alejandro F. Garcia, Esq.
                                                                                     Florida Bar No. 98505
                                                                                     agarcia@ramhofergarcia.com
                                                                                   RAMHOFER | GARCIA
                                                                                   11900 Biscayne Blvd.
                                                                                   Suite 742
                                                                                  North Miami, FL 33181
                                                                                  Telephone: (305) 481-9733
                                                                                  Facsimile: (954) 697-0341
                                                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 26, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents are being served this day on all counsel of record via e-mail to Jonathan Minick, Esq., counsel for Plaintiff, jminick@jsmlawpa.com.

                                                                        By: */s/ Alejandro F. Garcia*
                                                                             Alejandro F. Garcia, Esq.