UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 21-23439-CIV-MORENO

MARIA DEL PILAR CHAVEZ,

        Plaintiff,

vs.

SKY FLORIDA SERVICES, LLC d/b/a
CLEANPRO,

        Defendant.
_____/

## ORDER OF CONTINUANCE

THIS CAUSE came before the Court upon sua sponte review of the record.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that in view of the pending motion for summary judgment, which became ripe last month, the Court deems it advisable to continue the trial date as follows:

(1)     **Trial Date** – The trial is **CONTINUED** from the two-week period commencing **April 11, 2022**, to the two-week period commencing **August 29, 2022**, in Miami, Florida.

(2)     **Calendar Call** – Counsel must appear at Calendar Call which shall take place before the undersigned at the Wilkie D. Ferguson Federal Courthouse, 400 North Miami Avenue, Courtroom 12-2, Miami, Florida 33128, on **Tuesday, August 23, 2022, at 2:00 p.m.**[1] The parties need not appear at Calendar Call. At Calendar Call counsel may bring all matters relating to the scheduled trial date to the attention of the Court.

(3)     **PREVIOUS SCHEDULING ORDERS** – This Order shall supersede only the inconsistent provisions of previous Scheduling Orders.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th of March 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

---

[1] Note Undersigned Judge has new courtroom assignment.

Copies furnished to:

Counsel of Record