UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-23439-CIV-MORENO

MARIA DEL PILAR CHAVEZ,

    Plaintiff,

vs.

SKY FLORIDA SERVICES, LLC d/b/a
CLEANPRO,

    Defendant.
_____/

### ORDER SETTING PRETRIAL CONFERENCE

THIS CAUSE came before the Court upon Joint Notice Requesting Pretrial Conference **(D.E. 56)**, filed on **March 28, 2022**. It is

**ADJUDGED** that pretrial conference shall take place before the undersigned United States District Judge Federico A. Moreno, at the United States Courthouse, Wilkie D. Ferguson Jr. Building, Courtroom 12-2, 400 North Miami Avenue, Miami, Florida 33128, on **May 12, 2022 at 10:15 AM**. Counsel shall be prepared to address all pending matters that the Court has not referred to a magistrate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___12th___ of April 2022.

                                                      FEDERICO A. MORENO
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record