UNITED STATES DISTRICT COURT FOR
THESOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-23439-CIV-MORENO**

MARIA DEL PILAR CHAVEZ,

        Plaintiff,

vs.

SKY FLORIDA SERVICES, LLC
d/b/aCLEANPRO,

        Defendant.
_____/

## **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal, with prejudice, of all claims asserted in this matter. Plaintiff, MARIA DEL PILAR CHAVEZ, and Defendant, SKY FLORIDA SERVICES, LLC d/b/aCLEANPRO, hereby stipulate to the dismissal, with prejudice, of all claims made by Plaintiff against Defendant in this action, and respectfully request that the Court dismiss the above-styled case with prejudice and each party to bear their own legal fees and costs.

Respectfully submitted, August 26, 2022,

| | |
|---|---|
| s/Jonathan S. Minick<br>Jonathan S. Minick, Esq.<br>FBN: 88743<br>E-mail: jminick@jsmlawpa.com<br>Jonathan S. Minick, P.A.<br>169 E. Flagler St., Suite 1600<br>Miami, Florida 33131<br>Phone: (786) 441-8909<br>Facsimile: (786) 523-0610<br>Co-Counsel for Plaintiff<br><br>Michael L. Cotzen, Esq.<br>FBN: 166472<br>michael@cotzenlaw.com<br>COTZEN LAW, P.A.<br>20700 West Dixie Highway<br>Aventura, Florida 33180<br>Phone: 305-682-1600<br>Co-Counsel for Plaintiff | s/Alejandro F. Garcia<br>Alejandro F. Garcia, Esq.<br>Florida Bar No. 98505<br>agarcia@ramhofergarcia.com<br>RAMHOFER GARCIA<br>11900 Biscayne Blvd.<br>Suite 742<br>North Miami, FL 33181<br>Telephone: (305) 481-9733<br>Facsimile: (954) 697-0341<br>Attorneys for Defendant |