UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-23439-CIV-MORENO

MARIA DEL PILAR CHAVEZ,

    Plaintiff,

vs.

SKY FLORIDA SERVICES, LLC d/b/a
CLEANPRO,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Stipulation of Dismissal with Prejudice (D.E. 14), filed on **August 26, 2022**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court reserves jurisdiction for six months to enforce the terms of the settlement. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th of August 2022.

                                                              FEDERICO A. MORENO
                                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record